KATE NOYES, as Administratrix, etc., Appellant, *v.* ADAM W. KLINE et al., Respondents.

(Argued May 31, 1892; decided June 14, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 4, 1890, which affirmed a judgment in favor

of defendants entered upon a decision of the court on trial at Circuit.

*E. F. Bullard* for appellant.

*Edward P. White* for respondent.

Agree to dismiss appeal; no opinion.
All concur, except LANDON, J., not sitting.
Appeal dismissed.